IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **PROTECT YOUR EARTH SUIT, INC., d/b/a BORO HOLISTIC HEALTH,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 3:26-cv-00929** |
| **BRITTANY SUTA,** | ) | **JUDGE TRAUGER** |
| | ) | **JURY DEMAND** |
| **Defendant.** | ) | |

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO VERIFIED COMPLAINT**

---

Pursuant to Fed. R. Civ. P. 6 and Local Rule 6.01, Defendant Brittany Suta, by and through the undersigned counsel, respectfully moves the Court for a twenty-one-day extension of time up to and including September 29, 2026, to file a responsive pleading or other appropriate motion in relation to the Verified Complaint filed by Plaintiff (Doc. No. 1). The current deadline for Defendant to respond to the Verified Complaint is September 8, 2026. The undersigned counsel has been in communication with counsel for Plaintiff and has confirmed that Plaintiff does not oppose the relief requested in this motion.

In further support of the instant motion, Defendant would show that she only recently retained the undersigned counsel. Moreover, the undersigned counsel is scheduled to be in a bench trial in the Davidson County Juvenile Court on September 9 and 11, 2026, and also has several upcoming deadlines in multiple other matters throughout September 2026. Due to the upcoming Labor Day holiday, the need to prepare for the aforementioned bench trial, and the other aforementioned deadlines in other cases throughout September 2026, the undersigned

counsel is in need of a brief, twenty-one-day extension of time to prepare Defendant's response to the Verified Complaint. Plaintiff will not be prejudiced by the extension, and if the requested extension is granted, Defendant will still complete the filing of her response to the Verified Complaint before the initial case management conference is scheduled to occur in this case.

For the foregoing reasons, Defendant respectfully requests entry of an Order giving her an extension of time of twenty-one (21) days, up to and including September 29, 2026, to file a responsive pleading or other appropriate motion in relation to the Verified Complaint (Doc. No. 1).

Dated: September 4, 2026 Respectfully submitted,

s/ Andrew Goldstein

**Andrew Goldstein, Esq., BPR # 037042**
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 490-6020
Fax: (615) 942-5914
agoldstein@colelawgrouppc.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Unopposed Motion for Extension of Time to Respond to Verified Complaint to be electronically filed with the Clerk of the Court on September 4, 2026, using the CM/ECF system, which will automatically serve all counsel of record listed below:

Derrick M. Davis, Esq.
TRUST TREE LEGAL, P.C.
798 Berry Road #41400
Nashville, Tennessee 37204
Telephone: (865) 867-7500
Email: derrick@trusttree.com
*Attorneys for Plaintiff*

Kevin P. Hartley, Esq.
TRUST TREE LEGAL, P.C.
798 Berry Road #41400
Nashville, Tennessee 37204
Telephone: (615) 469-0451
Email: kevin@trusttree.com

s/ Andrew Goldstein
ANDREW GOLDSTEIN