Motion GRANTED.
Extension to 9/29/2026.

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **PROTECT YOUR EARTH SUIT, INC.,**<br>**d/b/a BORO HOLISTIC HEALTH,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BRITTANY SUTA,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>**Case No. 3:26-cv-00929**<br><br>**JUDGE TRAUGER**<br>**JURY DEMAND** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO VERIFIED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6 and Local Rule 6.01, Defendant Brittany Suta, by and through the undersigned counsel, respectfully moves the Court for a twenty-one-day extension of time up to and including September 29, 2026, to file a responsive pleading or other appropriate motion in relation to the Verified Complaint filed by Plaintiff (Doc. No. 1). The current deadline for Defendant to respond to the Verified Complaint is September 8, 2026. The undersigned counsel has been in communication with counsel for Plaintiff and has confirmed that Plaintiff does not oppose the relief requested in this motion.

In further support of the instant motion, Defendant would show that she only recently retained the undersigned counsel. Moreover, the undersigned counsel is scheduled to be in a bench trial in the Davidson County Juvenile Court on September 9 and 11, 2026, and also has several upcoming deadlines in multiple other matters throughout September 2026. Due to the upcoming Labor Day holiday, the need to prepare for the aforementioned bench trial, and the other aforementioned deadlines in other cases throughout September 2026, the undersigned